UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE and GWENDOLYN DUFRENE | CIVIL ACTION |
| VERSUS | NO. 06-3769 |
| BAKER/MO SERVICES, INC. and FOREST OIL CORPORATION | SECTION "K" <br> JUDGE STANWOOD R. DUVAL, JR. |
| | MAG. DIV. 3 <br> MAG. JUDGE DANIEL E. KNOWLES, III |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled and numbered civil action is hereby dismissed with prejudice, with each party to pay his or its own costs.

New Orleans, Louisiana, this ___29th___ day of ___April___, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge

NO.99845341.1